C. J. SEBRING, Appellant, Respondent, v. CARROLL BROTHERS, INCORPORATED, Respondent, and DONNER-GOETZ, INCORPORATED, Appellant.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby, Lewis and Cunningham, JJ.

PERCY BELL, Appellant, Respondent, v. CARROLL BROTHERS, INCORPORATED, Respondent, and DONNER-GOETZ, INCORPORATED, Appellant.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

RAY CHIAVACCI, Appellant, Respondent, v. CARROLL BROTHERS, INCORPORATED, Respondent, and DONNER-GOETZ, INCORPORATED, Appellant.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JAMES RILEY, Appellant, Respondent, v. CARROLL BROTHERS, INCORPORATED, Respondent, and DONNER-GOETZ, INCORPORATED, Appellant.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

LESTER VINE, Appellant, Respondent, v. CARROLL BROTHERS, INCORPORATED, Respondent, and DONNER-GOETZ, INCORPORATED, Appellant.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.